In the Matter of HARRY J. BEATTY, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of

this court, in which event the motion is denied. Present—Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.